442 A.2d 353

Commonwealth v. White, Appellant.

Submitted November 10, 1981.  Paulette J. Balogh, for appellant;  Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.

442 A.2d 353

Commonwealth v. Widmyer, Appellant.

Argued April 29, 1981.  Stephen J. Mirizio, for appellant;  William Madden, for Commonwealth, appellee.

Before CERCONE, P. J., BROSKY and HOFFMAN, JJ.

Pursuant to 42 Pa.C.S.A. § 705, this case is hereby transferred to the Commonwealth Court of Pennsylvania for consideration and decision.